Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COBBLER NEVADA, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-37,<br><br>　　　　Defendants. | Civil Action No. 15-cv-1616TSZ<br><br>VOLUNTARY DISMISSAL OF DOE 2 |

The Internet Service Provider was unable to provide subscriber identification information in response to the subpoena issued pursuant to the Court's Order Granting Expedited Discovery or Plaintiff has otherwise been unable to identify the responsible party via the subscriber identification provided by the Internet Service Provider. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Doe Defendant(s) without prejudice.

　　　　　　　　　　　　s/ David A. Lowe, WSBA No. 24,453
　　　　　　　　　　　　　Lowe@LoweGrahamJones.com
　　　　　　　　　　　　LOWE GRAHAM JONES^PLLC
　　　　　　　　　　　　701 Fifth Avenue, Suite 4800
　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　T: 206.381.3300
　　　　　　　　　　　　F: 206.381.3301

　　　　　　　　　　　　*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL OF DOE
Civil Action No. 15-cv-1616TSZJ
INIP-6-0030P14 VDMISS - Doe 2

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301