Cobbler Nevada LLC,
Plaintiff

v.

Michael Wilson, pro se
Defendant.

C15-1616 TSZ

FILED
LODGED
RECEIVED
MAIL
12-5-2016
DEC 06 2016
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Plaintiff Cobbler Nevada LLC, never contacted me for Rule 26(f) conference. The Honerable Judge Thomas S. Zilly Directed Plaintiff to contact me to schedule a mutually agreeable time to conduct the Rule 26(f) conference to prepare the Joint Status Report. Plaintiff Cobbler Nevada LLC. failed to do so.

Sincerely,

Michael Wilson
Michael Wilson

Michael Wilson
21034 74th Ave W apt #1
Edmonds, WA 98026

Clerk, United States District Court
United States courthouse
700 Stewart Street, Suite 2310
Seattle, Wa. 98101